UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLENN LAUGA                                    CIVIL ACTION

V.                                             NO. 17-13443 "H"(1)

ST BERNARD PARISH


<u>JUDGMENT</u>

For reasons issued October 11, 2018 and filed herein (Doc. 16);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's

claims are **DISMISSED WITH PREJUDICE.**


Signed in New Orleans, Louisiana, this 11th day of October, 2018.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE